**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In the matter of: | **Case No.:** 07-33301-dof |
| Howard Bennett and Sabrina Bennett | **Chapter 13 Proceedings** |
| Debtor(s). | **Judge Daniel Opperman** |
| _____/ | |

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| **Creditor or Debtor Name** | **Court Clm.#** | **Trustee Clm.#** | **Class of Claim** | **Check#** | **Amt. of Check** |
|---|---|---|---|---|---|
| Barry's Used Cars | Paid Per Plan | 1 | Secured | 700921 | $197.08 |

Dated: February 3, 2010

                                                             ___/s/Carl L. Bekofske____
                                                             Carl L. Bekofske,
                                                             Standing Chapter 13 Trustee
                                                             510 W. Court Street
                                                             Flint, MI 48503
                                                             Telephone: (810) 238-4675
                                                             Fax: (810) 238-4712
                                                             Email: ECF@flint13.com
                                                             P10645