UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

| In the matter of: | Case No.: 07-33301-dof |
|---|---|
| Howard Bennett and Sabrina Bennett | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Barry's Used Cars | Paid Per Plan | 1 | Secured | 707969 | $109.46 |

Dated: May 7, 2010

                                                              /s/Carl L. Bekofske
                                                            Carl L. Bekofske,
                                                            Standing Chapter 13 Trustee
                                                            510 W. Court Street
                                                           Flint, MI  48503
                                                           Telephone:  (810) 238-4675
                                                           Fax:  (810) 238-4712
                                                           Email: ECF@flint13.com
                                                           P10645